DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA, State Bar #227108
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 355-3312
Facsimile:      (415) 554-3837
E-Mail:          jose.zelidon-zepeda@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KLAUS BIESENBACH, | Case No. 3:23-cv-03423 |
|---|---|
| Plaintiff, | **NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT (PURSUANT TO 28 U.S.C. §§ 1441, 1446)** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO HOUSING AUTHORITY, ADULT PROTECTIVE SERVICES, AND PILSNER INN, | Trial Date:          Not Set |
| Defendants. | |

**TO THE CLERK OF COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the CITY AND COUNTY OF SAN FRANCISCO and

SAN FRANCISCO POLICE DEPARTMENT, SAN FRANCISCO HOUSING AUTHORITY,

ADULT PROTECTIVE SERVICES ("Defendants"), named as Defendants in the above-captioned

action in the Superior Court of the State of California, San Francisco County, Case No. CGC-23-

606900 ("Underlying Action"), hereby file in the United States District Court for the Northern District

Notice to Federal District Court of Removal of Action          1          n:\lit\li2023\230924\01683590.docx
Biesenbach v. CCSF, et al, No. 23:cv-03423

of California a Notice of Removal of said action to the United States District Court, under 28 U.S.C. §§ 1441 and 1446, and are filing a Notice of Removal in the Superior Court.

In support of this Notice of Removal under 28 U.S.C. §§ 1441 and 1446, Defendants allege as follows:

1.     Plaintiff Klaus Biesenbach ("Plaintiff") commenced the Underlying Action in the Superior Court of California, San Francisco County on June 8, 2023.

2.     The Underlying Action may properly be removed under 28 U.S.C. § 1441 because Plaintiff alleges violations of laws of the United States.  The Complaint asserts claims under 28 U.S.C. § 1983 for alleged violations of the Fourteenth Amendment to the U.S. Constitution.  The Court has original jurisdiction over these claims.  *See* 28 U.S.C. § 1331.

3.     Plaintiff filed the Underlying Action in the Superior Court of the State of California, County of San Francisco, and it is thus properly removed to the jurisdiction of the United States District Court for the Northern District of California, which "embrace[s]" the County of San Francisco, the "place where [the Underlying Action] is pending."  28 U.S.C. § 1441(a).

4.     Although the Underlying Action also names the Pilsner Inn as a defendant, according to the California Superior Court's Register of Action, that defendant has not appeared or been served as of the date this Notice of Removal is being filed.

5.     Under 28 U.S.C. § 1446(b), this Notice of Removal is timely because it was filed within 30 days of service of the Complaint on Defendants.

6.     Defendants have not answered or otherwise pled in response to the Complaint.

7.     By removing the Underlying Action from the California Superior Court, Defendants do not waive any defenses available to them.

8.     By removing the Underlying Action from the California Superior Court, Defendants do not admit any of the allegations in Plaintiff's Complaint.

9.     Although Defendants have not been properly served with all documents in the Underlying Action (*see* 28 U.S.C. § 1446(a)), in an abundance of caution, true and correct copies of the following documents and pleadings that Plaintiff has filed and Defendants have obtained in the Underlying Action are attached:

a.    The Complaint is attached as **Exhibit A**;

b.    The Notice to Plaintiff is attached as **Exhibit B**;

c.    The Summons Issued to Plaintiff is attached as **Exhibit C**;

d.    The Amended Summons is attached as **Exhibit D**;

10.    Defendants will promptly serve written notice of this Notice of Removal on all adverse parties and file the same with the Superior Court of California, County of San Francisco, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants remove the above-captioned action in its entirety from the Superior Court of California, County of San Francisco to the United States District Court for the Northern District of California for all further proceedings, pursuant to 28 U.S.C. § 1441, *et. seq.*

Dated:  July 10, 2023

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
JOSE A. ZELIDON-ZEPEDA
Deputy City Attorney


By:_____*/s/ Jose A. Zelidon-Zepeda*_____
JOSE A. ZELIDON-ZEPEDA

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Notice to Federal District Court of Removal of Action          3
Biesenbach v. CCSF, et al, No. 23:cv-03423

n:\lit\li2023\230924\01683590.docx

**PROOF OF SERVICE**

I, ANNAMARIE DAVIS, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On July 10, 2023, I served the following document(s):

**NOTICE TO FEDERAL DISTRICT COURT OF REMOVAL OF ACTION FROM STATE SUPERIOR COURT (PURSUANT TO 28 U.S.C. §§ 1441, 1446)**

on the following persons at the locations specified:

Klaus Biesenbach
1390 Market Street, #2819
San Francisco, CA 94102

Plaintiff in Pro Se

(202) 836-1680 (Telephone)

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed July 10, 2023, at San Francisco, California.

_____
ANNAMARIE DAVIS

Notice to Federal District Court of Removal of Action          4          n:\lit\li2023\230924\01683590.docx
Biesenbach v. CCSF, et al, No. 23:cv-03423